IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

GERALD DEVON PATTERSON,

      Appellant,

v.

                                            Case No. 5D22-1203
                                            LT Case No. 2011-CF-000210-B

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed April 11, 2023

Appeal from the Circuit Court
for Sumter County,
Mary Hatcher, Judge.

Matthew J. Metz, Public Defender,
and Darnelle Paige Lawshe, Assistant
Public Defender, Daytona Beach, for
Appellant.

Gerald Devon Patterson, Ocala, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, SOUD and KILBANE, JJ., concur.